DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
3 OCTOBER 2013

| 348P13 | In Re: S.D.W. | 1. Petitioner's NOA Based Upon A Constitutional Question (COA12-1362) | 1. - - - |
| | | 2. Petitioner's PDR Under N.C.G.S. § 7A-31 | 2. Allowed |
| | | 3. Respondent's Motion to Dismissed Appeal | 3. Allowed |
| | | 4. Respondent's Motion to Dismissed PDR | 4. Dismissed as Moot |
| 351A13 | Michele P. Parks v. Petsmart, Inc. | Plt's *Pro Se* NOA Based Upon A Constitutional Question (COA12-1511) | Dismissed *Ex Mero Motu* |
| 352P13 | State v. Jane B. Jordan | 1.Def's PDR Under N.C.G.S. § 7A-31 (COA12-1264) | 1. - - - |
| | | 2. Motion to Withdraw PDR | 2. Allowed |
| | | 3. Motion to Withdraw As Counsel | 3. Allowed |
| | | 4. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA12-1264) | 4. Denied |
| 357P13 | State v. Doniesha Elouise Core | Def's PDR Under N.C.G.S. § 7A-31 (COA13-49) | Denied |
| 361P13 | State v. Michael Ray Jones | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COA13-4) | Dismissed |
| 364P13 | Mast, Mast, Johnson, Wells & Trimyer, P.A. v. Keith Lane | Def's Petition for *Writ of Certiorari* to Review the Decision of the COA (COA12-1378) | Denied |
| 365P13 | State v. Adrian Shawn Battle | Def's *Pro Se* PDR Under N.C.G.S. § 71-31 (COA13-534) | Dismissed |
| 371P13 | State v. William Herbert Pennell, IV | 1. State's Motion for Temporary Stay (COA12-1269) | 1. Allowed **08/26/13** |
| | | 2. State's Petition for *Writ of Supersedeas* (COA12-1269) | 2. Allowed |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Allowed |